1  BENJAMIN B. WAGNER
   United States Attorney
2  HEATHER MARDEL JONES
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

FILED

JAN 07 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10
   IN THE MATTER OF:                      CASE NO.  1:13-SW-000283 GSA
11                                                  1:13-SW-000284 GSA
   All Funds up to and including $12,060.00 in      1:13-SW-000285 GSA
12 Wells Fargo Bank checking account number         1:13-SW-000286 GSA
   1405406883 in the name of Adrian Baltaga;
13                                         ORDER TO UNSEAL SEIZURE WARRANT
   All funds up to and including $4,280.00 in   AFFIDAVIT AND SEIZURE WARRANTS
14 Bank of America checking account number
   10831-60223 in the name of Adrian Baltaga
15
   All funds up to and including $1,660.00 in
16 Education Employee Credit Union (EECU)
   Bank checking account number 11876882 in the
17 name of Gheorge Baltaga

18 All funds up to and including $11,640.00 in
   Bank of America checking account number
19 10839-44588 in the name of Gheorge Baltaga

20                Defendants.

21

22      The seizure warrants affidavit in this case having been sealed by Order of its Court on October
23 28, 2013, and it appearing that the affidavit and warrants are now longer required to remain secret based
24 upon the motion submitted by the government,
25 ////
26 ////
27
28

ORDER TO UNSEAL SEIZURE WARRANT          1
AFFIDAVIT AND SEIZURE WARRANTS

1  IT IS HEREBY ORDERED that the search warrant affidavit and warrants be unsealed and made
2  public record.

3

4  Dated: January 7, 2014

5  By: _____
      UNITED STATES MAGISTRATE